IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LOUIS SHANNON,
        Plaintiff,

vs.                                                3:05CV255/MCR/MD

PAULA BRADLEY, et al.
        Defendants.

## REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk. Plaintiff initiated this cause through the filing of a civil complaint on July 8, 2005. On July 18, 2005, plaintiff was directed to file an amended complaint and either the $250.00 filing fee or a motion for leave to proceed *in forma pauperis*. (Doc. 3). Plaintiff filed a motion for leave to proceed *in forma pauperis* and leave to so proceed was granted, (doc. 4 & 5), but he did not file an amended complaint. The court entered an order to show cause, to which plaintiff responded (doc. 6), however the pleading he filed was not responsive to the court's order, and even liberally construed, to the extent it is legible, could not be considered to be an amended complaint.

      Accordingly, it is respectfully RECOMMENDED:

      That this case be dismissed without prejudice for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

      At Pensacola, Florida, this 23rd day of September, 2005.

                              /s/ *Miles Davis*
                              **MILES DAVIS**
                              **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. <u>See</u> 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).